ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Joseph K. Lee      State Bar No. 289258
    Joseph.Lee@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone:  (949) 453-4260
Fax:  (949) 453-4262

-and-

Seth Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN  37203
Telephone: (615) 242-2400
Facsimile:  (615) 242-2221

Attorneys for Plaintiff
Alien Processing, LLC d/b/a C1D1 Labs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIEN PROCESSING, LLC d/b/a C1D1 LABS, <br><br> Plaintiff, <br><br> v. <br><br> PODTRONIX, INC., <br><br> Defendants. | CASE NO. <u>5:26-cv-750</u> <br> **COMPLAINT FOR PATENT INFRINGEMENT,** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Alien Processing, LLC d/b/a/ C1D1 Labs ("**Plaintiff**" or "**C1D1**"), by its attorneys, files this Complaint for patent infringement against Podtronix, Inc. ("**Defendant**" or "**Podtronix**"), and alleges as follows:

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

**PARTIES**

1.      C1D1 is a corporation organized and existing under the laws of the State of Nevada with a principal place of business at 3320 Research Way, Unit 110, Carson City, NV 89706.

2.      On information and belief, Podtronix is a California corporation with a principal place of business at 42355 Rio Nedo Rd., Temecula, CA 92590.

**JURISDICTION AND VENUE**

3.      This Court has subject-matter jurisdiction over C1D1's claims arising under the patent laws of the United States, 35 U.S.C. § 100, *et seq.*, pursuant to 28 U.S.C. §§ 1331, 1332, and 1338(a)–(b).

4.      This Court has personal jurisdiction over Podtronix because it or its employees have committed acts of patent infringement under 35 U.S.C. § 271(a), (b), or (c), and are subject to this Court's jurisdiction under 28 U.S.C. § 1400(b).

5.      This Court has personal jurisdiction over Podtronix because, on information and belief, it is a California corporation and has its principal place of business in this District.

6.      Further, the acts complained of herein occurred in California.

7.      Similarly, the exercise of personal jurisdiction over Podtronix comports with the due process requirements of the United States Constitution because:

        (a)     Defendant has purposefully established "minimum contacts" with the State of California and this District; and

        (b)     the exercise of personal jurisdiction over Podtronix will not offend the traditional notions of fair play and substantial justice.

8.      Therefore, this Court has specific and general jurisdiction over Podtronix.

-2-

COMPLAINT FOR PATENT INFRINGEMENT

9.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 at least because Podtronix is a resident of and has their principal place of business in this District and is subject to personal jurisdiction in this District.

## BACKGROUND

10.     C1D1 is a leading provider of innovative extraction solutions made in the United States of America. C1D1 sells the C1D1 modular extraction booth, which is designed to meet the highest safety and efficiency standards in the industry. Each C1D1 Extraction Booth comes with all the Class 1 Division 1 electronics such as lighting, gas sensors, alarms, horns, exit signs and e-stop, as well as the explosion proof intake and exhaust fans. C1D1 extraction booths work for both hydrocarbon or alcohol extraction and provide the required interlocks by NFPA 1.

11.     C1D1 owns U.S. Patent No. 10,232,286, entitled "Closed oil extraction booth with integrated ventilation system" ("**the '286 Patent**"), which covers its innovative modular extraction booth.

12.     C1D1's website includes a virtual patent marking page identifying the '286 Patent as covering its C1D1 modular extraction booths: *Patents*, C1D1 Labs, https://c1d1labs.org/patents/ (last visited Nov. 18, 2025).

### A.     The '286 Patent

13.     On March 19, 2019, the United States Patent and Trademark Office ("**USPTO**") duly and lawfully issued U.S. Patent No. 10,232,286. A true and correct copy of the '286 Patent is attached hereto as **Exhibit A**. The '286 Patent was assigned to C1D1 on January 4, 2024, and C1D1 possesses the exclusive right of recovery for any past, present, or future infringements of the '286 Patent, including equitable relief and damages.

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

14.    The '286 Patent discloses and claims a modular extraction booth designed to provide a safe and explosion-proof environment for solvent-based oil extraction.

15.    The specification describes a booth assembled from prefabricated wall and ceiling panels to create an airtight interior workspace and includes a ventilation system that draws filtered air into the booth and exhausts hazardous vapors out through ductwork powered by an exhaust blower. To minimize explosion risk, electrical components and equipment are located outside the booth, with ports allowing necessary piping to enter, thereby reducing the need for costly explosion-proof devices inside the booth.

16.    The patent further describes a gas monitoring and control system that automatically adjusts ventilation speed in response to detected solvent vapors. A controller receives signals from gas sensors within the booth and regulates the inlet and exhaust blowers accordingly: operating at a base level under safe conditions and switching to a higher airflow rate when gas concentrations approach hazardous levels. The system may also trigger alarms, warning lights, and automatic solvent shut-off when dangerous conditions are detected. These safety features ensure compliance with hazardous-environment standards while providing a cost-effective, portable, and modular solution for oil extraction operations.

17.    Through this combination of modular construction, integrated ventilation, externalized electrical equipment, and automated safety controls, the '286 patent provides a practical and compliant solution for performing plant oil extraction using flammable solvents. The patented technology directly addresses the hazards of explosive vapors and toxic exposure, while offering a safer, more economical alternative to traditional explosion-rated facilities.

B.    **Defendant's Unlawful Conduct**

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

18.    On information and belief, since at least 2018, Podtronix has advertised and sold C1D1 & C2D2 Extraction Labs and Enclosures (each the "**Accused Device**").

19.    Podtronix's website describes the C1D1 and C1D2 Extraction Labs and Enclosures as "Prefabricated UL Certified C1D1 Extraction Labs for plant oil extraction." *About Podtronix*, PODTRONIX, <u>About Us - Podtronix</u> (last visited Nov. 18, 2025); *C1D1 & C2D2 Extraction Labs and Enclosures*, PODTRONIX, <u>Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix</u> (last visited Nov. 18, 2025). Podtronix constructs both single wall and double wall extraction labs.

20.    On information and belief, the Accused Device implements the same or substantially the same technology as the '286 Patent.

21.    On information and belief, the Accused Device includes or performs each and every limitation of at least one claim of the '286 Patent, either literally or under the doctrine of equivalents. By making, using, offering to sell, selling, and/or importing into the United States the Accused Devices, Podtronix has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents, one or more claims of the '286 Patent under 35 U.S.C. § 271(a).

22.    Specifically, the images below are representative of Defendant's infringing conduct:

**Single Wall: Good**            **Double Wall: BEST**




COMPLAINT FOR PATENT INFRINGEMENT

*C1D1 & C2D2 Extraction Labs and Enclosures,* PODTRONIX, Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix (last visited Nov. 18, 2025).

> At Podtronix we have a talented and creative in house 'Cutting Edge' engineering team. We design, manufacture, and install Prefabricated UL Certified C1D1 Extraction Labs for plant oil extraction. Our CNC centric manufacturing facility allows us the opportunity to maintain a high level of quality control, while cutting costs. Our large inventory of common components means instant availability for our tight production schedule.
>
> Podtronix is UL Certified (UL/ULc 1389) for ALL of our C1D1 and C1D2 Extraction Labs and PODS. Our UL Certification applies to both the US and Canada, and signifies our products are the safest products available.

*About Podtronix,* PODTRONIX, About Us - Podtronix (last visited Nov. 18, 2025).

## NATURE OF THIS ACTION

23.    This is a civil action by C1D1 arising out of Podtronix's patent infringement in violation of the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

24.    C1D1 owns U.S. Patent No. 10,232,286, entitled "Closed oil extraction booth with integrated ventilation system" ("**the '286 Patent**"), which covers its innovative modular extraction booth.

25.    Podtronix sells C1D1 & C1D2 Extraction Labs and Enclosures, which infringe at least claim 1 of the '286 Patent.

26.    Podtronix's willful and continuing patent infringement should be enjoined permanently to curb the harm to C1D1's  market share and resulting price erosion. C1D1 has been, and continues to be, irreparably damaged as a result of Defendant's willful actions and seeks injunctive and monetary relief.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 10,232,286

27.    C1D1 repeats and re-alleges paragraphs 1–26 as if fully set forth herein.

28.    The '286 Patent is directed towards an oil extraction booth. Exemplary Claim 1 of the '286 Patent recites:

An oil extraction booth, comprising:

a plurality of pre-fabricated wall panels;

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX.: (949) 453-4262

a plurality of pre-fabricated ceiling panels;

a door;

a ventilation system configured to remove air from the booth, comprsing:

an air intake configured to pass filtered air into the booth;

a vertical exhaust duct secured to a wall panel and having an open upper end at or above the ceiling panels and a lower end proximate to a floor;

an exhaust vent in the lower end of the exhaust duct; and

an exhaust fan coupled to the upper end of the exhaust duct external to the booth above the ceiling panels;

ports in one or more wall panels through which piping from equipment located outside the booth passes;

an electrical panel secured to the outside of a wall panel configured to control the equipment located outside the booth; and

a monitoring system, comprising:

at least one sensor sensitive to the presence of one or more gases or liquids within the booth; and

a monitor to which the at least one sensor is coupled and programmed to provide an alarm when the concentration of the one or more gases or liquids exceeds a first predetermined level.

29.    The Accused Device is "[a]n oil extraction booth." For example, Podtronix's website states: "We design, manufacture, and install Prefabricated UL Certified C1D1 Extraction Labs for plant oil extraction." *See id.*

COMPLAINT FOR PATENT INFRINGEMENT

30.    The Accused Device comprises "a plurality of pre-fabricated wall panels," as shown in the images below taken from Podtronix's website:







*See    Pre-Fabricated    Modular    C1D1    Extraction    Labs,* PODTRONIX, Pre_Fabricated_Modular_C1D1_Extraction_Labs–Single_Wall_v2 (last visited Nov. 18, 2025).   Podtronix's website particularly discloses prefabricated panels under "UL/ULc Certified Prefabricated Modular C1D1 Lab & C2D2 Lab Enclosures" as follows:

> Prefabrication doesn't mean you can't customize. It just means you save time and money during permitting, licensing and construction. Our modular units are designed with safety in mind, but totally customized for your unique situation and they are able to be disassembled and moved as needed. These modular rooms are code compliant, turnkey, and can be shipped to any state.

COMPLAINT FOR PATENT INFRINGEMENT

*See C1D1 & C2D2 Extraction Labs and Enclosures,* PODTRONIX, [Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix](#) (last visited Nov. 18, 2025).

31.    The Accused Device comprises "a plurality of pre-fabricated ceiling panels," as shown in the image below taken from Podtronix's website:

 

 

*See   Pre-Fabricated   Modular   C1D1   Extraction   Labs*,   PODTRONIX, [Pre_Fabricated_Modular_C1D1_Extraction_Labs–Single_Wall_v2](#) (last visited Nov. 18, 2025).

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

32.     The Accused Device comprises "a door," as shown in the image below taken from Podtronix's website:






*See id.*

33.     The Accused Device comprises "a ventilation system configured to remove air from the booth." For example, Podtronix's website notes its extraction labs include "optimized airflow design with dual speed for added safety." *See C1D1 & C2D2 Extraction Labs and Enclosures*, PODTRONIX, Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix (last visited Nov. 18, 2025). Furthermore, as discussed in paragraphs 34-37, Podtronix's C1D1 Extraction Labs and Enclosures have exhaust fans, ducts, and intake fans making up a ventilation system. Thus, the ventilation system is configured to move airflow from the booth, meeting this limitation.

34.     The Accused Device comprises "an air intake configured to pass filtered air into the booth." Particularly, the Accused Device has an air intake with an intake

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

1  fan located on the ceiling configured to pass filtered air into the booth. Podtronix's

2  website provides the following illustration of air intake:



*See id.* The '286 Patent describes the "air intake" as a ventilation unit on the topside

of the booth coupled to ductwork to blow fresh air into the booth such that the air

intake passes filtered air into the booth. *See* '286 Patent, at 4:62–67; 5:1–2.

Accordingly, the intake fan of the Accused Device would similarly operate to pass

filtered air into the booth.

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

35.    On information and belief, the ventilation system of the Accused Device comprises "a vertical exhaust duct secured to a wall panel and having an open upper end at or above the ceiling panels and a lower end proximate to a floor." As illustrated in the following, Podtronix's website depicts an "Exhaust Plenum" as a standard component of the Accused Product:



36.    *See Pre-Fabricated Modular C1D1 Extraction Labs*, PODTRONIX, Pre_Fabricated_Modular_C1D1_Extraction_Labs–Single_Wall_v2 (last visited Nov. 18, 2025).  Under the FAQ tab, the website discloses an exhaust duct. *See FAQ*, PODTRONIX, FAQ - Questions Asked Frequently | Podtronix (last visited Nov. 18, 2025) ("[T]he Podtronix Prefab Modular Room can be tied into a building-wide sprinkler system, by integrating sprinkler heads inside of the booth, exhaust plenum, and exhaust duct."). One of skill in the art would understand the above intake fan would be coupled with the exhaust plenum/duct to convey exhaust airflow from the plenum to the fan. Moreover, to convey exhaust airflow to the exhaust fan, it should be understood that the exhaust duct would be secured to one of the prefabricated wall

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

panels and have an open upper end at or above the prefabricated ceiling panel. Further, it has become known in the art to secure the lower end of an exhaust duct proximate to the floor due to the heavier-than-air gaseous materials being removed from the booth.

37.    On information and belief, the ventilation system of the Accused Device comprises "an exhaust vent in the lower end of the exhaust duct." As discussed above, the Accused Device includes an exhaust plenum/duct that conveys exhaust airflow to the exhaust fan. It should be understood that an exhaust vent would be included at the lower end of the exhaust plenum/duct, because there must be some inlet to allow upwards airflow towards the exhaust fan and the extraction-solvent vapors are more dense than ambient air.

38.    On information and belief, the Accused Device comprises "an exhaust fan coupled to the upper end of the exhaust duct external to the booth above the ceiling panels." As depicted in the following illustration, the Accused Device includes an exhaust fan external to the booth above the ceiling panels:



COMPLAINT FOR PATENT INFRINGEMENT

And because the exhaust airflow must reach the exhaust fan by some component, it would be understood the upper end of the exhaust plenum/duct described on the website would be coupled with the exhaust fan.

39.    The Accused Device comprises "ports in one or more wall panels through which piping from equipment located outside the booth passes." The website portrays the inside of the Accused Device as including ports through which piping from external equipment passes into the booth:

 

*See C1D1 & C2D2 Extraction Labs and Enclosures*, PODTRONIX, [Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix](#) (last visited Nov. 18, 2025).

40.    The Accused Device comprises "an electrical panel secured to the outside of a wall panel configured to control the equipment located outside the booth," as shown in the image below taken from Podtronix's website:

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

1
2
3
4
5
6
7
8
9

*See id.* Additionally, the following image the operational controls on the control panel

include controls to operate the equipment located outside the booth:




*See    Pre-Fabricated    Modula    C1D1    Extraction    Labs*,    PODTRONIX,
Pre_Fabricated_Modular_C1D1_Extraction_Labs–Single_Wall_v2 (last visited Nov.
18, 2025).

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

41.    The Accused Device comprises "a monitoring system" that comprises "at least one sensor sensitive to the presence of one or more gases or liquids within the booth." The website depicts a "Gas Sensor" within the Accused Product:



*See id.* Further, Podtronix's website explains the Accused Device "monitors and controls every aspect of the internal environment" such that it "will alert users to unsafe gas levels." *See C1D1 & C2D2 Extraction Labs and Enclosures*, PODTRONIX, Get UL Certified C1D1 & C1D2 Extraction Labs | Podtronix (last visited Nov. 18, 2025).

42.    The "monitoring device" of the Accused Device further comprises "a monitor to which the at least one sensor is coupled and programmed to provide an alarm when the concentration of the one or more gases or liquids exceeds a first predetermined level." The Accused Device includes a gas sensor, gas sensor display unit, system status strobe & alarm, and interior C1D1 strobe & alarm. *See id.* The system activates interior strobe lights and an audible alarm when the 25% Lower Flammable Unit ("LFL") for gas is exceeded. *See id.* Therefore, the monitor is programmed to provide an alarm when the concentration of the one or more gases exceeds a first predetermined level.

COMPLAINT FOR PATENT INFRINGEMENT

43.     Podtronix's direct infringement of the '286 Patent has been, and continues to be, willful. On information and belief, Defendant has been aware of the '286 Patent before the filing of this Complaint and has infringed the '286 Patent willfully and deliberately and with knowledge that such conduct violates 35 U.S.C. § 271. For example, as a direct competitor of C1D1, Podtronix had constructive knowledge of the '286 Patent via C1D1's virtual patent marking page.

44.     Podtronix's direct infringement of the '286 Patent has damaged, and continues to damage, C1D1 in an amount yet to be determined, of at least a reasonable royalty and/or lost profits that C1D1 would have made but for Podtronix's infringing acts as provided by 35 U.S.C. § 284.

45.     C1D1 will suffer irreparable harm unless Podtronix is enjoined from infringing the '286 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE C1D1 requests entry of judgment against Defendant as follows:

1.     A judgment that Defendant has infringed one or more claims of the '286 Patent in violation of 35 U.S.C. § 271(a);

2.     An award of damages not less than a reasonable royalty for infringement of the Asserted Patents, with said damages to be trebled because of the intentional and willful nature of Defendant's infringement, as provided by 35 U.S.C. § 284;

3.     A judgment that Defendant has willfully infringed one or more claims of the '286 Patent;

4.     A determination that this case is "exceptional" under 35 U.S.C. § 285 and an award of C1D1's reasonable attorneys' fees;

5.     An order permanently enjoining Defendant, their officers, directors, employees, agents, and all persons acting in concert with them, from infringing the '286 Patent;

COMPLAINT FOR PATENT INFRINGEMENT

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

6.    An award of pre-and post-judgment interest of any monetary damages at the highest rate allowed by law;

7.    An award of C1D1's costs and expenses in this action; and

8.    For such other relief as the Court may deem just and proper.

### JURY DEMAND

Under Rule 38 of the Federal Rules of Civil Procedure, C1D1 hereby demands a trial by jury on all issues so triable.

DATED:  February 17, 2026          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

_/s/  Joseph K. Lee_

- and –

Seth Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Plaintiff*
*Alien Processing, LLC d/b/a/ C1D1 Labs*

COMPLAINT FOR PATENT INFRINGEMENT